MAGGIE PIEHL, as Administratrix of JOHN PIEHL, JR., Deceased, Appellant, *v.* THE ALBANY RAILWAY, Respondent.

162b 617
e166   195

*Piehl* v. *Albany Railway*, 30 App. Div. 166, affirmed.
(Argued March 2, 1900; decided March 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June

17, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Mark Cohn* for appellant.

*Lewis E. Carr* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.